USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

RECEIVED
U.S. MARSHAL

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>03-54E |
|---|---|
| DEFENDANT<br>Real Property Known and Numbered As 12 East 11th St., et al. | TYPE OF PROCESS<br>DESTROY PROPERTY |

2003 DEC 10 A 6: 20

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>SEE BELOW |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MARY MCKEEN HOUGHTON<br>ASSISTANT U.S. ATTORNEY<br>633 U.S.P.O. & COURTHOUSE<br>PITTSBURGH, PA 15219<br>(412) 644-6750 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

FILED
OCT 25 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVA.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                             Fold

According to the attached Final Order of Forfeiture and Order dated October 6, 2003,  please destroy the drug paraphernalia.

| Signature of Attorney other Originator requesting service on behalf of:<br>*Mary McKee Hught* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>412-894-7398 | DATE<br>12/9/03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date<br>03/14/2008 | Time<br>11:30 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:
Asset ID# 03-DEA-418390, 03-DEA-418392, 03-DEA-418394, 03-DEA-418396, 03-DEA-418399, 03-DEA-418402
*See remarks in destruction order of drug paraphernalia*

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00